LAW OFFICE OF KURT DAVID HERMANSEN
Kurt David Hermansen, Cal. Bar No. 166349
110 West C Street, Suite 1810
San Diego, California 92101-3909
Telephone:   (619) 236-8300
Facsimile:    (619) 236-8400
KDH@KurtDavidHermansen.com
Attorney for Petitioner
ERNESTO RIVAS LOPEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO RIVAS LOPEZ,<br><br>         Petitioner,<br><br>v.<br><br>MACK JENKINS, Chief Probation Officer,<br>San Diego County Probation Department,<br><br>         Respondent,<br><br>and<br><br>EDMUND G. BROWN JR., Attorney<br>General of the State of California,<br><br>         Additional Respondent. | Case No. 08cv0457 LAB AJB<br><br>**NOTICE OF EXHIBITS ELECTRONICALLY FILED IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254** |

Petitioner ERNESTO RIVAS LOPEZ, by and through his attorney Kurt David Hermansen hereby respectfully electronically files the attached Index of Exhibits and Exhibits A-P in support of the petition for writ of habeas corpus filed today pursuant to 28 U.S.C. § 2254.

Dated: *March 12, 2008*                         s/*Kurt David Hermansen*
                                                            Attorney for Defendant
                                                            Email: KDH@KurtDavidHermansen.com

C:\_KDH-docs\Habeas\Rivas Lopez\not.HC.Pet.CASD.can3.wpd                                                   08cv0457 LAB AJB

# INDEX TO EXHIBITS

| Ex. | Description of Exhibit |
|---|---|
| A | Decision and Order of the Immigration Judge, 2/10/1999, file number A75 513 802 |
| B | *People v. Bautista*, 8 Cal. Rptr. 3d 862 (Cal. Ct. App. 2004) |
| C | Excerpt from Reporter's Transcript from trial |
| D | Unpublished opinion of the California Court of Appeal, 6/02/06, case number D046705 |
| E | Declaration of Ernesto Rivas Lopez |
| F | Declaration of Neil Addison Besse (9/06/2006) |
| G | Declaration of Neil Addison Besse (12/10/2006) |
| H | Declaration of Richard Granstaff |
| I | Declaration of Jose Carlos Clark |
| J | Declaration of Carlos F. Estrada |
| K | Declaration of Richard Mancha |
| L | Declaration of Kathleen Lewis |
| M | Declaration of Greg Walden |
| N | Order of the San Diego County Superior Court denying habeas petition, 1/24/07, HC18635 |
| O | Order of the California Court of Appeal denying habeas petition, 3/13/07, case number D050345 |
| P | Order of the Supreme Court of California denying habeas petition, 2/13/08, case number S154133 |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO RIVAS LOPEZ, <br><br> Petitioner, <br><br> v. <br><br> MACK JENKINS, Chief Probation Officer, <br> San Diego County Probation Department, <br><br> Respondent, <br><br> and <br><br> EDMUND G. BROWN JR., Attorney General of the State of California, <br><br> Additional Respondent. | Case No. 08cv0457 LAB AJB <br><br><br> CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **NOTICE OF EXHIBITS ELECTRONICALLY FILED IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254**.

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

**Kurt David Hermansen**
KDH@KurtDavidHermansen.com

**Attorney General**
docketingsdawt@doj.ca.gov.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *March 12, 2008*         *s/Kurt David Hermansen*
                                       Attorney for Defendant
                                       KDH@KurtDavidHermansen.com