1  Law Office of Kurt David Hermansen
   KURT DAVID HERMANSEN, Cal. Bar No. 166349
2  110 West C Street, Suite 1810
   San Diego, California 92101-3909
3  Telephone:  (619) 236-8300
   Facsimile:  (619) 236-8400
4  Cellular:   (619) 436-8117
   KDH@KurtDavidHermansen.com
5  Attorney for Defendant
   ERNESTO RIVAS LOPEZ

## SAN DIEGO SUPERIOR COURT

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | Case No. _____ |
| Plaintiff, | Superior Court No. SCD187886 |
| v. | |
| ERNESTO RIVAS LOPEZ, | DECLARATION OF **JOSE CARLOS CLARK** |
| Defendant. | |

Under penalty of perjury, I, JOSE CARLOS CLARK, declare as follows:

1. If Mr. Lopez's attorney had contacted me, I gladly would have testified at trial to the following.

2. I have know Ernesto Rivas Lopez (Mr. Lopez) since 1989 or 1990.

3. In 2004 I would (about twice a month on weekends) stay at Mr. Lopez's former apartment located at 3751 Third Avenue, Apartment D, San Diego, CA 92103.

4. That apartment would often have between three and twelve guys in it at a time.

5. I think Mr. Lopez does not like to be alone.

6. I think Mr. Lopez let people keep there stuff in his apartment, including drugs, because he never liked being alone.

7. Different men would live with Mr. Lopez temporarily in that apartment from short periods of time to three weeks or as much as two months.
8. I know that men left drugs and drug paraphernalia at the apartment.
9. I know that the syringes did not belong to Mr. Lopez.
10. That apartment was a "social melting pot" where people felt comfortable hanging out and where drug use took place.
11. I never, however, saw any drug sales at that apartment.
12. Men would bring their own drugs to use there.
13. Men would leave some of there drugs there for later use.
14. I live at home with my mother.
15. My mother's home is a "zero tolerance" residence; no drug use can take place there.
16. When I used drugs, I would often do so at Mr. Lopez's apartment.
17. I am familiar with Mr. Lopez's former apartment located at 3751 Third Avenue, Apartment D, San Diego, CA 92103.
18. I was in that apartment many times.
19. Many of Mr. Lopez's friends (and drug using buddies) would come and go from the apartment to party with Mr. Lopez.
20. Many different guys would leave there stuff, including drugs, at Mr. Lopez's apartment.
21. I have never seen Mr. Lopez use a syringe to inject drugs.
22. I have never known Mr. Lopez to possess a syringe.
23. To my knowledge, Mr. Lopez has never sold drugs to anyone.
24. I know Mr. Lopez cuts hair for a living and thus often has cash on hand because his clients often pay him cash.
25. I successfully completed the Stepping Stone Extended Services Day Treatment Program.
26. I am currently attending meetings of Crystal Meth Anonymous.

I so declare this 22nd day of August, 2006 in San Diego California.

_Jose Clark_
JOSE CARLOS CLARK
Declarant