1  LAW OFFICE OF KURT DAVID HERMANSEN
   KURT DAVID HERMANSEN, Cal. Bar No. 166349
2  110 West C Street, Suite 1810
   San Diego, California 92101-3909
3  Telephone:    (619) 236-8300
   Facsimile:    (619) 236-8400
4  Cellular:     (619) 436-8117
   KDH@KurtDavidHermansen.com
5  Attorney for Defendant
   ERNESTO RIVAS LOPEZ

6

7

8

9

10                    SAN DIEGO SUPERIOR COURT

11
   THE PEOPLE OF THE STATE OF            )
12 CALIFORNIA,                           )   Case No. _____
                                         )
13              Plaintiff,               )   Superior Court No. SCD187886
                                         )
14 v.                                    )
                                         )
15                                       )   DECLARATION OF **CARLOS F.**
   ERNESTO RIVAS LOPEZ,                  )   **ESTRADA**
16                                       )
                Defendant.               )
17
   _____

18
        Under penalty of perjury, I, Carlos F. Estrada, declare as follows:
19
   1.  If Mr. Lopez's attorney had contacted me, I gladly would have testified at trial to the
20
       following.
21
   2.  I have know Ernesto Rivas Lopez (Mr. Lopez) since about 1992.
22
   3.  We met through a mutual friend at a party.
23
   4.  I normally see Mr. Lopez two or three times a week.
24
   5.  In December of 2004, I also saw Mr. Lopez two or three times a week.
25
   6.  I am familiar with Mr. Lopez's former apartment located at 3751 Third Avenue,
26
       Apartment D, San Diego, CA 92103.
27
   7.  I was in that apartment many times.
28

   C:\ KDH docs\DECL\Ernesto Rivas Lopez.wpd          -1-

8. Many of Mr. Lopez's friends (and drug using buddies) would come and go from the apartment to party with Mr. Lopez.

9. I never saw anyone buy or sell drugs in that apartment.

10. I did see people use drugs in that apartment.

11. The apartment was a place where people would meet, hang out and use drugs.

12. Many different guys would leave there stuff, including drugs, at Mr. Lopez's apartment.

13. I have been present at that apartment when people, including Mr. Lopez were using drugs.

14. I have never seen Mr. Lopez use a syringe to inject drugs.

15. I have never known Mr. Lopez to possess a syringe.

16. To my knowledge, Mr. Lopez has never sold drugs to anyone.

17. To my knowledge Mr. Lopez used drugs, but did NOT sell them.

18. Other people often left illicit drugs at Ernesto's apartment in the plastic set of drawers so that they could use the drugs at a later time.

19. I know Mr. Lopez cuts hair for a living and thus often has cash on hand because his clients often pay him cash.

I so declare this 21st day of August, 2006 in San Diego California.

Dated: 8-21-06

Carlos F. Estrada
Declarant