LAW OFFICE OF KURT DAVID HERMANSEN
KURT DAVID HERMANSEN, Cal. Bar No. 166349
110 West C Street, Suite 1810
San Diego, California 92101-3909
Telephone:    (619) 236-8300
Facsimile:    (619) 236-8400
Cellular:    (619) 436-8117
KDH@KurtDavidHermansen.com
Attorney for Defendant
ERNESTO RIVAS LOPEZ

SAN DIEGO SUPERIOR COURT

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | Case No. _____ |
| Plaintiff, | Superior Court No. SCD187886 |
| v. | |
| ERNESTO RIVAS LOPEZ, | DECLARATION OF **RICHARD MANCHA** |
| Defendant. | |

Under penalty of perjury, I, RICHARD MANCHA, declare as follows:

1. If Mr. Lopez's attorney had contacted me, I gladly would have testified at trial to the following:

2. I have know Ernesto Rivas Lopez (Mr. Lopez) since 2001.

3. On December 29, 2004, at about 10:00 p.m., he and I were arrested together outside his apartment located at 3751 Third Avenue, Apartment D, San Diego, CA 92103.

4. In December 2004 that was my

5. That apartment would often have between two and eight guys in it at a time.

6. I think Mr. Lopez does not like to be alone.

7. I think Mr. Lopez let people keep there stuff in his apartment, including drugs, because he never liked being alone.

8.  In addition, people would certainly leave drugs there because they did not want to get caught with it.

9.  We were about to go to Los Angeles to party for New Years' Eve.

10. Mr. Lopez's apartment was a party pad were I would hang party and sometimes crash to avoid driving under the influence.

11. Different men would live with Mr. Lopez temporarily in that apartment from short periods of time to three weeks or as much as two months.

12. I know that men left drugs and drug paraphernalia at the apartment.

13. I think that the syringes did not belong to Mr. Lopez.

14. That apartment was a "social melting pot" where people felt comfortable hanging out and where drug use took place.

15. I never, however, saw any drug sales at that apartment.

16. Men would bring their own drugs to use there.

17. Men would leave some of there drugs there for later use.

18. When I used drugs, I would often do so at Mr. Lopez's apartment.

19. I am familiar with Mr. Lopez's former apartment located at 3751 Third Avenue, Apartment D, San Diego, CA 92103.

20. I was in that apartment many times.

21. Many of Mr. Lopez's friends (and drug using buddies) would come and go from the apartment to party with Mr. Lopez.

22. Many different guys would leave there stuff, including drugs, at Mr. Lopez's apartment.

23. I have never seen Mr. Lopez use a syringe to inject drugs.

24. I have never known Mr. Lopez to possess a syringe.

25. To my knowledge, Mr. Lopez has never sold drugs to anyone.

26. I know Mr. Lopez cuts hair for a living and thus often has cash on hand because his clients often pay him cash.

27. I successfully completed a 28-day in-house residential drug treatment program.

28. I am currently attending meetings of Crystal Meth Anonymous, Alcoholics Anonymous and Narcotics Anonymous.

29. After being arrested with Mr. Lopez, I eventually pleaded guilty to possession of drugs that were on my person and to being under the influence of drugs.

30. I completed the California Penal Code § 1000 diversion program and therefore my possession- and under-the-influence convictions were expunged.

I so declare this 28 day of August, 2006 in San Diego California.

RICHARD MANCHA
Declarant