COURT OF APPEAL - FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| In re ERNESTO RIVAS LOPEZ on Habeas Corpus. | D050345<br><br>(San Diego County Super. Ct. No. SCD 187886) |

FILED
Stephen M. Kelly, Clerk
MAR 1 3 2007
Court of Appeal Fourth District

THE COURT:

    The petition for a writ of habeas corpus has been read and considered by Presiding Justice McConnell and Associate Justices Benke and Huffman. We take judicial notice of the direct appeal D046705 and San Diego Superior Court file HC 18635.

    In February 1999 the United States Immigration Court granted Ernesto Rivas Lopez asylum. In 2005 a jury convicted Lopez of possession of cocaine for sale, possession of methamphetamine for sale, possession of marijuana for sale, possession of ketamine, possession of paraphernalia used for narcotics and unauthorized possession of a hypodermic need or syringe. The court suspended imposition of sentence and placed Lopez on probation for a period of five years on the condition that he serve 365 days in county jail. We affirmed the judgment of conviction on June 2, 2006.

    The convictions of possession of cocaine for sale, methamphetamine for sale and marijuana for sale are considered aggravated felonies under federal immigration law and mandate Lopez's loss of asylum status and deportation. Lopez contends trial counsel was ineffective because he did not advise Lopez it was possible to "plead upward" to a greater but non-aggravated offense under *People v. Bautista* (2004) 115 Cal.App.4th 229, which would make Lopez eligible for relief from deportation.

    In the petition filed in San Diego Superior Court, Lopez provided a declaration of trial counsel Neil Addison Besse stating Besse did not consider offering to have Lopez "plead up" to a non-aggravated felony because he did not know it would have been more beneficial for avoiding immigration consequences. Besse declared if he had known about

D050345

Kurt David Hermansen
110 West C Street, Ste 1810
San Diego, CA 92101-3909