S154133

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

---

In re ERNESTO RIVAS LOPEZ on Habeas Corpus

---

The petition for writ of habeas corpus is denied.

SUPREME COURT
FILED

FEB 1 3 2008

Frederick K. Ohlrich Clerk

_____
Deputy

_____
GEORGE
Chief Justice