EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
ANTHONY DA SILVA, State Bar No. 159330
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2608
 Fax: (619) 645-2271
 Email: Anthony.DaSilva@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO RIVAS LOPEZ,<br><br>                              Petitioner,<br><br>   v.<br><br>MACK JENKINS, Chief Probation Officer, et. al.,<br><br>                              Respondents. | 08cv0457-LAB (AJB)<br><br>**APPLICATION FOR THIRTY-DAY ENLARGEMENT OF TIME TO FILE MOTION TO DISMISS OR ANSWER; DECLARATION OF ANTHONY DA SILVA IN SUPPORT THEREOF** |

      Respondent respectfully requests, under Federal Rule of Civil Procedure 6(b), that this Court order a thirty-day enlargement of time to file either a motion to dismiss or an answer to the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 filed by Ernesto Rivas Lopez. This Court ordered that Respondent file a motion to dismiss by May 5, 2008, or an answer by May 19, 2008. Respondent needs additional time to brief this case because this case was recently re-assigned to current counsel and he has not yet received the record in this case.

Counsel also has a pre-planned and pre-paid vacation from May 9-30, 2008. Counsel needs additional time to familiarize himself with this case and file either a motion to dismiss or an answer to the Petition.

     Respondent respectfully requests that the time to file be extended for a thirty-day period, until June 4, 2008, to file a Motion to Dismiss, or until June 18, 2008, to file an Answer, for good cause as shown in the attached declaration.

Dated: May 5, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General


/S/ - Anthony Da Silva

ANTHONY DA SILVA
Deputy Attorney General
Attorneys for Respondent

ADS:ada
80235276.wpd
SD2008700230

# CERTIFICATE OF SERVICE

Case Name:  **ERNESTO RIVAS LOPEZ v. JENKINS**
Case No.   :  **08cv0457-LAB (AJB)**

I declare:

On <u>May 6, 2008</u>, I electronically filed the following document(s):

**APPLICATION FOR THIRTY-DAY ENLARGEMENT OF TIME TO FILE MOTION TO DISMISS OR ANSWER; DECLARATION OF ANTHONY DA SILVA IN SUPPORT THEREOF**

**Electronic Mail Notice List**
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

Kurt David Hermansen
KDH@KurtDavidHermansen.com

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 6, 2008, at San Diego, California.

ANNETTE AGUILAR
Declarant

Signature

SD2008700230
80235372.wpd