EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
ANTHONY DA SILVA, State Bar No. 159330
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 645-2608
 Fax:  (619) 645-2271
 Email:  Anthony.DaSilva@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNESTO RIVAS LOPEZ,**<br><br>Petitioner,<br><br>v.<br><br>**MACK JENKINS, Chief Probation Officer, et. al.,**<br><br>Respondents. | 08cv0457-LAB (AJB)<br><br>**APPLICATION FOR THIRTY-DAY ENLARGEMENT OF TIME TO FILE MOTION TO DISMISS OR ANSWER; DECLARATION OF ANTHONY DA SILVA IN SUPPORT THEREOF** |

Respondent respectfully requests, under Federal Rule of Civil Procedure 6(b), that this Court order a thirty-day enlargement of time to file either a motion to dismiss or an answer to the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 filed by Ernesto Rivas Lopez.  This Court ordered that Respondent file a motion to dismiss by May 5, 2008, or an answer by May 19, 2008. Respondent  needs additional time to brief this case because this case was recently re-assigned to current counsel and he has not yet received the record in this case.

1  Counsel also has a pre-planned and pre-paid vacation from May 9-30, 2008.

2  Counsel needs additional time to familiarize himself with this case and file either

3  a motion to dismiss or an answer to the Petition.

4          Respondent respectfully requests that the time to file be extended for a

5  thirty-day period, until June 4, 2008, to file a Motion to Dismiss, or until June 18,

6  2008, to file an Answer, for good cause as shown in the attached declaration.

7          Dated:  May 5, 2008

8                          Respectfully submitted,

9                          EDMUND G. BROWN JR.
                         Attorney General of the State of California

10                         DANE R. GILLETTE
                         Chief Assistant Attorney General

11

12                         GARY W. SCHONS
                         Senior Assistant Attorney General

13                         KEVIN VIENNA
                         Supervising Deputy Attorney General

14

15                         /S/ - Anthony Da Silva

16
                         ANTHONY DA SILVA
17                         Deputy Attorney General
                         Attorneys for Respondent

18

19

20  ADS:ada

21  80235276.wpd
    SD2008700230

22

23

24

25

26

27

28

1                   **DECLARATION OF ANTHONY DA SILVA**

2          Anthony Da Silva declares under penalty of perjury:

3          I am the deputy attorney general assigned to prepare Respondent's briefing

4 in the matter of *Lopez v. Jenkins*, Civil No. 08cv0457-LAB (AJB). I was assigned

5 to this matter on April 4, 2008. I have not yet received a copy of all the state court

6 records that are necessary to properly respond to the allegations contained in Lopez's

7 Petition. I am not familiar with the state court record or pleadings in Lopez's case,

8 as I was not the assigned attorney of his direct appeal or state collateral proceedings.

9          Since the case was assigned to me, I finished briefing and filed responsive

10 pleadings in *Bouldin v. Poulos*, U.S.D.C. - Central No. EDCV 08-217-CJC (VBK);

11 *Charette v. Prosper*, U.S.D.C. - Central No. EDCV 08-81-PSG (VBK), *Cervantez*

12 *v. Pliler*, Ninth Circuit Case No. 05-56893, *Ma v. Evans*, U.S. D.C. - Central No.

13 SACV 08-127-CAS (PJW), and *Stephens v. Dexter*, U.S.D.C. - Central No. EDCV

14 No. 08-131-SVW (AJW). I am currently preparing an answer and memorandum of

15 points and authorities in *Denney v. Dexter*, U.S.D.C. - Central No. SA CV 08-19-

16 AHS (PJW), which is due on May 10, 2008.

17          I also routinely review the work of other attorneys in my office, and this

18 takes additional time away from my own work. I also have a pre-planned and pre-

19 paid vacation from May 9-30, 2008.

20          In order to complete the draft in response to the issues raised in Lopez's

21 Petition, and First Amended Memorandum of Points and Authorities which was

22 received by office on April 23, 2008, and to provide adequate time for review,

23 revision, and processing of the Answer and supporting Memorandum of Points and

24 Authorities, an additional thirty-day extension of time will be necessary.

25 / / /

26 / / /

27 / / /

28 / / /

---

Application for Thirty-Day Enlargement of Time                        Case No. 08cv0457-LAB (AJB)

1    Based on the foregoing, I respectfully ask the Court to grant a thirty-day

2  extension of time for good cause shown such that a Motion to Dismiss is not due until

3  June 4, 2008, or an Answer is not due until June 18, 2008.

4    I declare under penalty of perjury under the laws of the United States that the

5  foregoing is true and correct, on this day, May 5, 2008, at San Diego, California.

6

7                    Respectfully submitted,

8

9                    /S/ - Anthony Da Silva

10

11                   ANTHONY DA SILVA
                     Deputy Attorney General

12

13

14  ADS:ada
    SD2008700043

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name:  **ERNESTO RIVAS LOPEZ v. JENKINS**
Case No.   :  **08cv0457-LAB (AJB)**

I declare:

On <u>May 6, 2008</u>, I electronically filed the following document(s):


**APPLICATION FOR THIRTY-DAY ENLARGEMENT OF TIME TO FILE MOTION TO DISMISS OR ANSWER; DECLARATION OF ANTHONY DA SILVA IN SUPPORT THEREOF**


**Electronic Mail Notice List**
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:


Kurt David Hermansen
KDH@KurtDavidHermansen.com


I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 6, 2008, at San Diego, California.

<table>
<tr><td>_____<br>ANNETTE AGUILAR<br>Declarant</td><td>_____<br>Signature</td></tr>
</table>

SD2008700230
80235372.wpd