cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST RIVAS LOPEZ, ) | Civil No. 08cv457 LAB (AJB) |
| ) | |
| Plaintiff, ) | |
| v. ) | Order Granting Respondents' Request for an |
| ) | Extension of Time to Respond to Petition |
| MACK JENKINS, Chief Probation Officer, et ) | [Doc. No. 7] |
| al. ) | |
| ) | |
| Defendants. ) | |

For good cause shown, Respondent's Ex-parte Request for Enlargement of Time to File is GRANTED.  Respondents' shall file a Motion to Dismiss *on or before June 4, 2008*.  If a motion to dismiss if filed Petitioner shall file his Opposition *on or before June 30, 2008*.  Or alternatively, Respondent shall file their Answer on or before *June 18, 2008*, and Petitioner shall file his traverse *on or before July 18, 2008*.

*Any further application by Respondent for an extension of time to file the Motion to Dismiss and/or Answer must be made by the Senior Assistant Attorney General, prior to the time the Motion or Answer is due to be filed, and the extension must be required as a result of extraordinary circumstances.*

IT IS SO ORDERED.

DATED: May 9, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

K:\COMMON\BATTAGLI\CASES\2 Orders to be filed\08cv457.Order.Grt.AG.EXT.wpd     1                                    08cv457