EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
ANTHONY DA SILVA, State Bar No. 159330
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2608
 Fax: (619) 645-2271
 Email: Anthony.DaSilva@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNESTO RIVAS LOPEZ,**<br><br>                          Petitioner,<br><br>      v.<br><br>**MACK JENKINS, Chief Probation Officer, et. al.,**<br><br>                          Respondents. | 08CV0457-LAB (AJB)<br><br>**NOTICE OF LODGMENT IN 28 U.S.C § 2254 HABEAS CORPUS CASE-TO BE SENT TO CLERK'S OFFICE** |

        RESPONDENT, Mack Jenkins, by and through his counsel, Edmund G. Brown Jr., Attorney General for the State of California, and Anthony Da Silva, Deputy Attorney General, hereby lodges the following documents in support of their Answer to the Petition for Writ of Habeas Corpus filed by Ernesto Rivas Lopez ("Lopez") through his counsel:

        1.    Lodgment No. 1 - Clerk's Transcript, San Diego County Superior Court Case No. SCD187886;

        2.    Lodgment No. 2 - Preliminary Hearing Transcript, San Diego County Superior Court Case No. SCD187886

08CV0457

1

3. Lodgment No. 3 - Volumes I-V, Reporter's Transcript, San Diego County Superior Court Case No. SCD187886;

4. Lodgment No. 4 - Lopez's Opening Brief in California Court of Appeal, Fourth Appellate District, Division One, Case No. D046705;

5. Lodgment No. 5 - Respondent's Brief in California Court of Appeal, Fourth Appellate District, Division One, Case No. D046705;

6. Lodgment No. 6 - Lopez's Reply Brief in California Court of Appeal, Fourth Appellate District, Division One, Case No. D046705;

7. Lodgment No. 7 - Unpublished Opinion in *People v. Lopez*, California Court of Appeal, Fourth Appellate District, Division One, Case No. D046705;

8. Lodgment No. 8 - Lopez's Petition for Review in California Supreme Court Case No. S144907;

9. Lodgment No. 9 - Order denying the review petition in California Supreme Court Case No. S144907;

10. Lodgment No. 10 - Lopez's Petition for Writ of Habeas Corpus in San Diego County Superior Court, Case No. HC18635;

11. Lodgment No. 11 - Order to Show Cause in San Diego County Superior Court, Case No. HC18635;

12. Lodgment No. 12 - Return to Order to Show Cause on Petition for Writ of Habeas Corpus in San Diego County Superior Court, Case No. HC18635;

13. Lodgment No. 13 - Lopez's Traverse in San Diego County Superior Court, Case No. HC18635;

14. Lodgment No. 14 - Order Denying Petition for Writ of Habeas Corpus in San Diego County Superior Court, Case No. HC18635;

15. Lodgment No. 15 - Lopez's Petition for Writ of Habeas Corpus in California Court of Appeal, Fourth Appellate District, Division One, Case No. D050345;

16. Lodgment No. 16 - Order Denying Petition in California Court of Appeal, Fourth

1 | Appellate District, Division One, Case No. D050345;

2 |    17. Lodgment No. 17 - Lopez's Petition for Writ of Habeas Corpus in California Supreme
3 | Court, Case No. S154133;

4 |    18. Lodgment No. 18 - Informal Response to Petition in California Supreme Court, Case
5 | No. S154133;

6 |    19. Lodgment No. 19 - Lopez's Reply to the Informal Response in California Supreme
7 | Court, Case No. S154133; and,

8 |    20. Lodgment No. 20 - Order Denying Petition in California Supreme Court, Case No.
9 | S154133.

Dated: June 18, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General


s/Anthony DaSilva
ANTHONY DA SILVA
Deputy Attorney General
Attorneys for Respondent

ADS:jr
80251784.wpd
SD2008700230