1  Law Office of Kurt David Hermansen
   Kurt David Hermansen, Cal. Bar No. 166349
2  110 West C Street, Suite 1810
   San Diego, California  92101-3909
3  Telephone:   (619) 236-8300
   Facsimile:    (619) 236-8400
4  Cellular:        (619) 436-8117
   KDH@Kurt David Hermansen.com
5  Attorney for Petitioner
   ERNESTO RIVAS LOPEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO RIVAS LOPEZ,<br><br>                    Petitioner,<br><br>        v.<br><br>MACK JENKINS,<br><br>                    Respondent. | Case No. 08cv0457 LAB<br><br>**NOTICE OF CHANGE OF ADDRESS AND FAX NUMBER OF ATTORNEY KURT DAVID HERMANSEN EFFECTIVE SEPTEMBER 1, 2008** |

To the Clerk of this Court and all parties of record:

I hereby give notice that on September 1, 2008, my address will change to:

Law Office of Kurt David Hermansen

110 West C Street, **Suite 1903**

San Diego, California 92101

Also, my fax number will change to **(619) 794-2263**.

Respectfully submitted,

Executed on: <u>August 16, 2008</u>         *s/Kurt David Hermansen*
                                                    _____
                                                    Attorney for Defendant
                                                    Email: KDH@KurtDavidHermansen.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO RIVAS LOPEZ, | Case No. 08cv0457 LAB |
| Petitoner, | |
| v. | |
| MACK JENKINS, | **CERTIFICATE OF SERVICE** |
| Respondent. | |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **NOTICE OF CHANGE OF ADDRESS AND FAX NUMBER OF ATTORNEY KURT DAVID HERMANSEN EFFECTIVE SEPTEMBER 1, 2008**.

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

**Kurt David Hermansen**
KDH@KurtDavidHermansen.com

**Attorney General**
docketingsdawt@doj.ca.gov

**Anthony DaSilva**
Anthony.DaSilva@doj.ca.gov,DocketingSDAWT@doj.ca.gov,
Susie.Denno@doj.ca.gov,Susan.Volsky@doj.ca.gov,Annette.Aguilar@doj.ca.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _August 16, 2008_         _s/Kurt David Hermansen_
                                        Attorney for Defendant
                                        Email: KDH@KurtDavidHermansen.com